UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RONALD SUTTON                                   CIVIL ACTION NO. 07-0941-P

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

WARDEN                                          MAGISTRATE JUDGE HORNSBY

ORDER

Before the Court is a Request for Temporary Restraining Order and Preliminary Injunctive Relief filed by pro se petitioner Ronald Sutton ("petitioner"). See Record Document 5. In such motion, petitioner seeks "immediate protection from being transferred back to the Alabama Department of Corrections." Id. at 1.

Petitioner filed a Writ of Habeas Corpus before this Court on May 31, 2007, challenging his convictions and sentences in the Alabama Tenth Judicial District Court. See Record Document 1. Pursuant to 28 U.S.C. § 1406, the Court entered a Memorandum Order on July 19, 2007 transferring the above captioned case to the United States District Court for the Southern District of Texas, the district in which the alleged cause of action arose. See Record Document 3. On that same date, the Clerk of Court transferred the case to the United States District Court for the Southern District of Texas and also advised "that all future filings should be directed to [the] receiving court." Record Document 4. Based on this transfer, the Court must deny the Request for Temporary Restraining Order and Preliminary Injunctive Relief filed by petitioner, as the above captioned matter is no longer pending before this Court.

Accordingly,

**IT IS ORDERED** that the Request for Temporary Restraining Order and Preliminary

Injunctive Relief (Record Document 5) filed by pro se petitioner Ronald Sutton be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE